# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JUAN FERNANDEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SITA INFORMATION )<br>NETWORKING COMPUTING USA, )<br>INC., d/b/a SITA, and KERRY )<br>BRACKEN, *individually*, )<br>)<br>Defendants. ) | Case No. 1:18-cv-04705-LMM-CCB |

## DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants SITA Information Networking Computer USA, Inc. ("SITA") and Kerry Bracken filed their motion to dismiss the original complaint on November 16, 2018 (the "Motion to Dismiss"). Plaintiff thereafter filed and served an Amended Complaint on November 29, 2018, 13 days after Defendants filed the Motion to Dismiss.

A party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B). An amended pleading "supersedes the former pleading" such that "'the original pleading is abandoned by the amendment, and is no longer a part of the pleader's

averments against [her] adversary.'" *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (footnote omitted) (quoting *Proctor & Gamble Def. Corp. v. Bean*, 146 F.2d 598, 601 n.7 (5th Cir. 1945)).

Plaintiff filed his Amended Complaint within 21 days of the Motion to Dismiss. *See* Dkt. Nos. 6, 9. Accordingly, the Motion to Dismiss is now moot. *See Saint v. Perimeter Mortg. Funding Corp.*, No. 114CV01428MHSRGV, 2014 WL 12465413, at *1 (N.D. Ga. July 29, 2014). However, because the Amended Complaint does not cure the deficiencies that plagued the original Complaint, Defendants will timely file a motion to dismiss the Amended Complaint.

## CONCLUSION

The Motion to Dismiss the original Complaint is moot. However, because the Amended Complaint also fails to state a claim, Defendants will file a motion to dismiss the Amended Complaint.

Respectfully submitted this 13th day of December, 2018.

        **CHAMBERLAIN HRDLICKA**
         **WHITE WILLIAMS & AUGHTRY**

       By: *s/ Annette A. Idalski*
           Annette A. Idalski, Bar No. 005559
           191 Peachtree Street, N.E., 46th floor
           Atlanta, GA 30303-1747
           Telephone: (404) 658-5386
           annette.idalski@chamberlainlaw.com
           *Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume requirements set forth in Local Rule 5.1. This document has been prepared in Times New Roman, 14 point font.

                                        By: *s/ Annette A. Idalski*
                                             Annette A. Idalski

## CERTIFICATE OF SERVICE

This is to certify that on December 13, 2018, I electronically filed Defendants' Reply Brief in Support of Their Motion to Dismiss the Complaint through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                          By:  *s/ Annette A. Idalski*
                                                 Annette A. Idalski

2976046.v1