**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| JUAN FERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:18-cv-04705-LMM-CCB |
| SITA INFORMATION | ) | |
| NETWORKING COMPUTING USA, | ) | |
| INC., d/b/a SITA, and KERRY | ) | |
| BRACKEN, *individually*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT AND REQUEST FOR STAY

COME NOW Plaintiff Juan Fernandez and Defendants SITA Information Networking Computing USA, Inc., and Kerry Bracken (*collectively*, "Parties") and hereby give notice that the Parties have reached, in principle, a settlement resolving the claims in the above-captioned case. The parties request that the Court stay this matter and extend all pending deadlines by thirty (30) days to allow for drafting and finalizing settlement documentation.

As this Court has explained, to avoid additional expenses associated with litigation pending a settlement, litigants may request an extension of deadlines or a stay of the matter. E.g., Unique Sports Prods. v. Wilson Sporting Goods Co., 512 F.

Supp. 2d 1318, 1329 (N.D. Ga. 2007).  Here, the Parties represent that this first request for a stay is necessary to complete and execute settlement documents without incurring additional unnecessary litigation expenses, including, but not limited to, dispositive motions which are currently due on February 17, 2020.  Therefore, the Parties respectfully request that the Court grant the instant request, stay the above-captioned case for thirty (30) days pending completion and execution of settlement documents, and afford any additional relief the Court deems appropriate.  In the event the settlement in principle does not result in a final, enforceable settlement agreement, the Parties wish to preserve their rights to file dispositive motions.

Respectfully submitted, this 31st day of January, 2020.

**MOLDEN & ASSOCIATES**

By: */s/ T. Orlando Pearson*
    REGINA S. MOLDEN
    Georgia Bar No. 515454
    T. ORLANDO PEARSON
    Georgia Bar No. 180406
    Peachtree Center – Harris Tower,
    Suite 1245
    233 Peachtree Street, NE
    Atlanta, Georgia 30303
    (404) 324-4500
    (404) 324-4501 (facsimile)
    Email: rmolden@moldenlaw.com
    Email:topearson@moldenlaw.com

*Counsel for Plaintiff*

**CHAMBERLAIN HRDLICKA**
**WHITE WILLIAMS & AUGHTRY**

By: *s/ Annette A. Idalski*
    Annette A. Idalski, Bar No. 005559
    Peter N. Hall, Bar No. 141376
    Kyle D. Winnick, Bar No. 412767
    191 Peachtree Street, N.E., 46th floor
    Atlanta, GA 30303-1747
    Telephone: (404) 658-5386
    annette.idalski@chamberlainlaw.com
    peter.hall@chamberlainlaw.com
    kyle.winnick@chamberlainlaw.com

*Counsel for Defendants*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume requirements set forth in Local Rule 5.1. This document has been prepared in Times New Roman, 14 point font.


By:  <u>*s/ Annette A. Idalski*</u>
Annette A. Idalski

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on January 31, 2020, I electronically filed the foregoing NOTICE OF SETTLEMENT AND REQUEST FOR STAY through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.


By:  *s/ Kyle D. Winnick*_____
                        Kyle D. Winnick

100384\000098\3410453.V1