IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUAN FERNANDEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>SITA INFORMATION NETWORKING COMPUTING USA, INC., d/b/a SITA, et al.,<br><br>  Defendants. | CIVIL ACTION NO.<br>1:18-CV-4705-LMM-CCB |

## ORDER

This matter is before the Court for consideration of the parties' joint notice of settlement and request for stay. (Doc. 44). For good cause shown, the motion is **GRANTED**, and the case is **STAYED** pending settlement.

Because the case is being stayed pending the parties finalizing a settlement agreement, the Clerk is **DIRECTED** to administratively close this action. This closure is for administrative purposes only and is not a dismissal. The parties are **ORDERED** to file a status report with the Court (or, if applicable, a joint stipulation of dismissal) within five days of the execution of a settlement agreement or by March 4, 2020, whichever date is earlier.

IT IS SO ORDERED, this 3rd day of February, 2020.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE