# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUAN FERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SITA INFORMATION NETWORKING COMPUTING USA, INC., d/b/a SITA; and KERRY BRACKEN, *individually*,<br><br>　　　　Defendants. | CIV. ACTION NO.1:18-cv-04705<br><br>The Honorable Leigh Martin May |

## JOINT STATUS REPORT

COME NOW Plaintiff Juan Fernandez and Defendants SITA Information Networking Computing USA, Inc., and Kerry Bracken (*collectively*, "Parties") and submit this Joint Status Report pursuant to the Court's February 4, 2020 Order.  On January 31, 2020, the Parties filed the Notice of Settlement and Request for Stay, notifying the Court of a settlement (in principle) and requesting a stay of litigation pending completion and execution of settlement documents.  (Doc. no. 44).  For good cause shown, the Court granted the stay and ordered the Parties to file a status report within five (5) days of the execution of the settlement agreement or March 4, 2020, whichever date is earlier.  (Doc. no. 45).  Since that time, the Parties have endeavored to complete the necessary settlement documents.  Counsel

are still drafting the settlement documents and anticipate having the settlement documents finalized and executed within the next thirty (30) days.

Respectfully submitted, this 4th day of March, 2020.

        MOLDEN & ASSOCIATES

        */s/ T. Orlando Pearson*
        REGINA S. MOLDEN
        Georgia Bar No. 515454
        T. ORLANDO PEARSON
        Georgia Bar No. 180406
        Peachtree Center – Harris Tower, Suite 1245
        233 Peachtree Street, NE
        Atlanta, Georgia 30303
        (404) 324-4500
        (404) 324-4501 (facsimile)
        Email:  rmolden@moldenlaw.com
        Email:  topearson@moldenlaw.com

        *Counsel for Plaintiff Juan Fernandez*

**[SIGNATURE ON THE FOLLOWING PAGE]**

CHAMBERLAIN HRDLICKA WHITE WILLIAMS & AUGHTRY

 /s/ Annette A. Idalski (with permission of Counsel)
ANNETTE A. IDALSKI
Georgia Bar No. 005559
PETER N. HALL
Georgia Bar No. 141376
KYLE D. WINNICK
Georgia Bar No. 412797
191 Peachtree Street, NE, 46th Floor
Atlanta, Georgia 30303-1747
(404) 658-5386
Email:  annette.idalski@chamberlainlaw.com
Email:  peter.hall@chamberlainlaw.com
Email:  kyle.winnick@chamberlainlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUAN FERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SITA INFORMATION NETWORKING COMPUTING USA, INC., d/b/a SITA; and KERRY BRACKEN, *individually*,<br><br>Defendants. | CIV. ACTION NO.1:18-cv-04705<br><br>The Honorable Leigh Martin May |

## LOCAL RULE AND SERVICE CERTIFICATION

The undersigned certifies that this document has been prepared in accordance with the Local Rules and that the foregoing **Joint Status Report** has been filed with the Clerk using the CM/ECF system which will notify to the attorney(s) of record.

Respectfully submitted, this 4th day of March, 2020.

MOLDEN & ASSOCIATES

 */s/ T. Orlando Pearson*
T. ORLANDO PEARSON
Georgia Bar No. 180406