# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JUAN FERNANDEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 1:18-cv-04705-LMM-CCB |
| SITA INFORMATION NETWORKING COMPUTING USA, INC., d/b/a SITA, and KERRY BRACKEN, *individually*, | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Juan Fernandez and Defendants SITA Information Networking Computing USA, Inc., d/b/a SITA and Kerry Bracken, by and through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss this action with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 8th day of April, 2020,

| | |
|---|---|
| **MOLDEN & ASSOCIATES** | **CHAMBERLAIN HRDLICKA WHITE WILLIAMS & AUGHTRY** |
| By: /s/ *T. Orlando Pearson*       REGINA S. MOLDEN | By: *s/ Annette A. Idalski*       Annette A. Idalski, Bar No. 005559 |

| | |
|---|---|
| Georgia Bar No. 515454<br>T. ORLANDO PEARSON<br>Georgia Bar No. 180406<br>Peachtree Center – Harris Tower, Suite 1245<br>233 Peachtree Street, NE<br>Atlanta, Georgia 30303<br>(404) 324-4500<br>(404) 324-4501 (facsimile)<br>Email: rmolden@moldenlaw.com<br>Email: topearson@moldenlaw.com<br><br>*Counsel for Plaintiff* | Kyle D. Winnick, Bar No. 412767<br>191 Peachtree Street, N.E., 46th floor<br>Atlanta, GA 30303-1747<br>Telephone: (404) 658-5386<br>annette.idalski@chamberlainlaw.com<br>kyle.winnick@chamberlainlaw.com<br><br>*Counsel for Defendants* |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume requirements set forth in Local Rule 5.1. This document has been prepared in Times New Roman, 14 point font.

By: *s/ Annette A. Idalski*
Annette A. Idalski

## CERTIFICATE OF SERVICE

This is to certify that on April 8, 2020, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By: *s/ Annette A. Idalski*
    Annette A. Idalski